NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINE SILVER, )
)
      Petitioner, )
)
v. )    Case No. 2D18-2838
)
ANTHONY SILVER, )
)
      Respondent. )
_____)

Opinion filed November 9, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; Elizabeth V. Krier,
Judge.

Michael E. Chionopoulos of Absolute Law,
P.A., Fort Myers, for Petitioner.

Lisa P. Kirby of The Law Offices of Lisa P.
Kirby, P.A., Naples, for Respondent.


PER CURIAM.

      Dismissed.



CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.